IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL ACTION NO. 4:11-00087-RBH |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| $14,500 IN UNITED STATES CURRENCY, ) | |
| ) | |
| ) | |
|     Defendant In Rem. ) | |

## ORDER GRANTING DEFAULT JUDGMENT

This *in rem* forfeiture action was initiated through a Complaint filed on January 12, 2011. It concerns United States currency in the amount of $14,500 ("Defendant Currency"), which was seized on June 16, 2010, by officers of the Drug Enforcement Agency ("DEA"). The Complaint alleges that the Defendant Currency constitutes or is traceable to proceeds involved in trafficking of illegal drugs, or that the Defendant Currency was used or intended to be used to facilitate such offenses; and, that the Defendant Currency is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6). The Defendant Currency was previously arrested pursuant to a Warrant of Arrest *In Rem* issued by this Court, pursuant to Rule G(3) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions.

It appears that lawful notice of the proposed forfeiture was given by publication to any potential third-party claimants who may have or claim an interest in the Defendant Currency, and that the only known potential claimants, Rasiyonda Methuselahi Thompson ("Thompson") and Michael Anthony Gabriel, Jr. ("Gabriel") were previously properly served with the Complaint and Notice, pursuant to Supplemental Rule G(4)(b). It further appears

that no Claim, Answer, or other responsive pleadings have been filed in this action by any persons; that no extensions have been requested or granted; and that all deadlines for such filing or service have now passed.

Accordingly, based upon review of all the matters of record in this case, the Court finds and concludes as follows:

1. That process was lawfully executed in this action and returned according to law;

2. That the Defendant Currency was lawfully arrested by the Drug Enforcement Agency pursuant to the Warrant of Arrest and Notice *in Rem* issued by this Court;

3. That public notice of this action was lawfully made on an official government internet web site having general circulation in this District;

4. That Rasiyonda Methuselahi Thompson and Michael Anthony Gabriel, Jr., the only known potential claimants, have received direct notice of this forfeiture action, and that they are not infants or incompetent persons, and are not serving in the armed forces;

5. That Rasiyonda Methuselahi Thompson and Michael Anthony Gabriel, Jr. have failed to file a Claim or Answer in this action as required by Supplemental Rule G(5);

6. That no other person or entity has filed a Claim or Answer within the time fixed by law; and

7. That the allegations of the Complaint for Forfeiture *in Rem* are taken as admitted.

NOW THEREFORE, based upon the above findings, and the Court being otherwise fully advised, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1.   Default judgment shall be entered by the Clerk of Court against the Defendant Currency and in favor of the United States.

2.   Pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(C), the Defendant Currency is hereby forfeited, condemned, quit-claimed, and abandoned to the United States of America.

3.   Title to the Defendant Currency is vested exclusively in the United States of America, and no other right or interest exists therein. All other claims in the Defendant Currency are hereby forever foreclosed and barred.

4.   The Defendant Currency forfeited herein shall be disposed of by the United States as authorized by law.

IT IS SO ORDERED.

                                       s/ R. Bryan Harwell
                                       R. BRYAN HARWELL
                                       UNITED STATES DISTRICT JUDGE

August 17, 2011

Florence, South Carolina